1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY MASTER WELFARE PLAN, and THE BOEING COMPANY EMPLOYEE BENEFIT PLANS COMMITTEE,<br><br>              Defendants. | No. 2:15-cv-1493<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE BOEING COMPANY MASTER WELFARE PLAN AND THE BOEING COMPANY EMPLOYEE BENEFIT PLANS COMMITTEE'S MOTION TO DISMISS PLAINTIFF JANE DOE'S AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Noted for June 10, 2016 |

THIS MATTER came before the Court on Defendants The Boeing Company Master Welfare Plan and The Boeing Company Employee Benefit Plans Committee's Motion to Dismiss Jane Doe's Amended Complaint Under Fed. R. Civ. P. 12(b)(6).  The Court having reviewed the pleadings and papers on file, and the following documents:

    (1)    Defendants' Motion to Dismiss, including referenced declarations and exhibits;

    (2)    Plaintiff's Opposition to Defendants' Motion to Dismiss, including any accompanying declarations and exhibits; and

MORGAN, LEWIS & BOCKIUS LLP<br>ATTORNEYS AT LAW<br>ONE MARKET STREET, SPEAR STREET TOWER<br>SAN FRANCISCO, CA 94105-1596<br>+1.415.442.1000

1    (3)    Defendants' Reply in Support of Their Motion to Dismiss, including any

2  accompanying declarations and exhibits.

3    IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED with prejudice.

4

5  Dated this _____ day of _____, 2016.

6

7    _____

8    Honorable Robert S. Lasnik

9

10 PRESENTED BY:

11 MORGAN, LEWIS & BOCKIUS LLP

12

13 By  */s/ Nicole A. Diller*_____
   Jeremy P. Blumenfeld(admitted *pro hac vice*)
14 Nicole A. Diller (admitted *pro hac vice*)
   Roberta H. Vespremi (admitted *pro hac vice*)
15 *Attorneys for Defendants*

16

17 RIDDELL WILLIAMS P.S.

18

19 By  */s/ Laurence A. Shapero*_____
     Laurence A. Shapero, WSBA #31301
20     *Attorney for Defendants*

21

22

23 DB1/ 87467465.1

24

25

26

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET STREET, SPEAR STREET TOWER
SAN FRANCISCO, CA  94105-1596
+1.415.442.1000